DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULA JO WALL** n/k/a **PAULA JO KUNSMAN,**
Appellant,

v.

**JOEL JAMES WALL,**
Appellee.

No. 4D19-2044

[February 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gina Hawkins, Judge; L.T. Case No. FMCE09-11285.

Kathleen K. Peña of Kathleen K. Peña Law, Fort Lauderdale, for appellant.

Michael R. Bass of Michael R. Bass Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*